Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

JUDGE ZAGEL

| | |
|---|---|
| DOCKET NO. (Transferring Court) | 0864-DKT#0:01CR00194-001(RHK) |
| DOCKET NO. (Receiving Court) | 06CR 0549 |

| NAME AND LOCATION OF | DISTRICT | DIVISION |
|---|---|---|
| Ronald Dupree Freeman | MINNESOTA | |
| | NAME OF SENTENCING JUDGE: Honorable Richard H. Kyle | |
| | DATES OF SUPERVISED RELEASE | FROM 08/26/2005 — TO 08/25/2010 |

MAGISTRATE JUDGE SCHENKIER

RECEIVED
AUG 01 2006
Aug. 1, 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
AUG 01 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

OFFENSE

Possession With Intent to Distribute Approximately 250 Grams of Cocaine Base

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois, Chicago upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

7/26/06
Date

Richard H. Kyle, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/3/06
Effective Date

James F. Holderman
United States District Judge